**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

COREY BRIAN SANDERS                                                                                    PLAINTIFF
ADC #113737

v.                                            No. 5:10CV00281 JLH/JTR

ARTIS RAY HOBBS, Director,
Arkansas Department of Correction, et al.                                                          DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 22nd day of October, 2010.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE